JUN-19-08 11:49 FROM:LITTLER  212-895-4328  TO:212 805 7924  PAGE:002


RECEIVED JUN 18 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08


LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

Eric D. Witkin
Direct: 212.497.8487
ewitkin@littler.com

June 19, 2008

**BY FACSIMILE: (212) 805-7924**

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007

Re:  *McCormack v. MTA Metro-North Railroad, et al.* (S.D.N.Y. - No. 08 CV 4057)

Dear Judge Stein:

Our law firm has just been retained to represent Defendants in the above-referenced action. We understand that Defendants' response to the Complaint is presently due July 21, 2008, but we have not had an opportunity to familiarize ourselves with this matter.

Accordingly, and with the consent of plaintiff's attorney, Michael G. O'Neill, we respectfully request that the Court adjourn the initial status conference presently scheduled for June 27, 2008. As Mr. O'Neill states that he has a trial in late July and is unavailable in August, with his consent we request that the Court adjourn the conference to a date in early September. No prior request for any adjournment has been made.

Thank you for your consideration of this request.

Respectfully,

Eric D. Witkin

cc: Michael G. O'Neill, Esq. (by facsimile)

*The conference remains on 6/27/08, at 9:30 a.m., not 11:00 a.m.*
*SO ORDERED 6/19/08*
*SIDNEY H. STEIN*
*U.S.D.J.*

ALABAMA · ARIZONA · ARKANSAS · CALIFORNIA · COLORADO · CONNECTICUT · DISTRICT OF COLUMBIA · FLORIDA · GEORGIA · ILLINOIS · INDIANA · MASSACHUSETTS · MINNESOTA · MISSOURI · NEVADA · NEW JERSEY · NEW YORK · NORTH CAROLINA · OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · SOUTH CAROLINA · TEXAS · VIRGINIA · WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM™
900 Third Avenue, New York, New York 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com