```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| THOMAS MCCORMACK, | : | 08 Civ. 4057 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| MTA METRO-NORTH RAILROAD, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The last day for plaintiff to file and serve an amended complaint is July 11, 2008;

      2.    The last day for defendants to answer or move in response to the complaint is August 1, 2008; and

      3.    If defendants answer in lieu of filing a motion to dismiss, there will be a pretrial conference on August 7, 2008, at 10:00 a.m.

Dated: New York, New York
       June 27, 2008

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.