Eric D. Witkin  
Elias J. Kahn  
LITTLER MENDELSON  
A Professional Corporation  
Attorneys for Defendants  
900 Third Avenue, 20th Floor  
New York, New York  10022  
212.583.9600  

FILED ELECTRONICALLY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THOMAS MCCORMACK,

    **Plaintiff,**

-against-

MTA METRO-NORTH RAILROAD, HARRY KELLY AND ROBERT SARACENI,

    **Defendants.**

2008 CV 4057 (SHS)

**RULE 7.1 STATEMENT**

    Defendant MTA Metro-North Railroad ("MNRR"), is a public benefit corporation and a wholly-owned subsidiary of the Metropolitan Transportation Authority. *See* New York Public Authorities Law §§ 1260, et seq. (McKinney 1999). Accordingly, Federal Rule of Civil Procedure 7.1 does not apply to Defendant MNRR.

Dated:   August 1, 2008  
           New York, New York

           Respectfully submitted,

           LITTLER MENDELSON  
           A Professional Corporation

           By: _/s/ Eric D. Witkin_  
              Eric D. Witkin  
              Elias J. Kahn  
           900 Third Avenue, 20th Floor  
           New York, NY  10022  
           212.583.9600  
           Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS MCCORMACK,<br><br>　　　　　Plaintiff,<br><br>-against-<br><br>MTA METRO-NORTH RAILROAD, HARRY KELLY AND ROBERT SARACENI,<br><br>　　　　　Defendants. | 2008 CV 4057 (SHS)<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on August 1, 2008, I served the foregoing Rule 7.1 Statement on the following by filing it electronically with Clerk of the above-captioned Court using its CM/ECF systems and by also sending a copy via Federal Express next business day delivery, by placing said copy into a sealed envelope with postage affixed thereon into an official depository under the exclusive care and custody of the United States Postal Service, upon:

　　　　　Michael G. O'Neill
　　　　　30 Vesey Street, Third Floor
　　　　　New York, New York 10007

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　Executed this 1st day of August 2008, in New York, New York.

　　　　　　　　　　　　　　　　　　　　　By: /s/ Anna Maria Loiacono

Firmwide:86082791.1 059573.1002