LITTLER MENDELSON®



August 1, 2008

Eric D. Witkin
Direct: 212.497.8487
ewitkin@littler.com

**BY FEDERAL EXPRESS**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, NY 10007



Re: *McCormack v. MTA Metro-North Railroad, et al.* (S.D.N.Y. - No. 08 CV 4057)

Dear Judge Stein:

On behalf of Defendants in the above-referenced action, we enclose courtesy copies of the following documents we are serving and filing today through the Court's ECF system:

1. Defendants' Notice of Their Motion to Dismiss the Amended Complaint;

2. Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and

3. Defendants' Rule 7.1 Disclosure Statement.

At the June 27, 2008 initial status conference, the Court stated that, in the event Defendant moved to dismiss instead of answering, there might be no need for the scheduled August 7, 2008 10:00 a.m. conference with the Court. We ask the Court to adjourn that conference.

Respectfully,

Eric D. Witkin

The Aug. 7 conference is cancelled.

SO ORDERED 8/5/08

SIDNEY H. STEIN
U.S.D.J.

cc: Michael G. O'Neill, Esq.
(via Federal Express w/enclosures)

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM®
900 Third Avenue, New York, New York 10022.4834   Tel: 212.583.9600   Fax: 212.832.2719   www.littler.com