

MICHAEL G. O'NEILL (MO3957)
Attorney for Plaintiff
30 Vesey Street, 3rd Floor
New York, New York 10007
(212) 581-0990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

| | |
|---|---|
| Thomas McCormack, | ] |
| Plaintiff, | ] 2008 CV 4057 (SHS) |
| - against - | ] Stipulation and Order |
| MTA Metro-North Railroad, Harry Kelly and Robert Saraceni, | ] |
| Defendants. | ] |

--------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties hereto that the time for plaintiff to serve and file papers in response to defendants' motion to dismiss shall be extended to and including September 8, 2008 and that defendants' time to serve and file reply papers in support of their motion to dismiss shall be extended to and including September 26, 2008. IT IS FURTHER STIPULATED AND AGREED that a facsimile signature on this stipulation will be deemed an original and the stipulation maybe signed in counterparts which together constitute one instrument.

Dated: August 18, 2008

Law Offices of Michael G. O'Neill
By: Kosta Kollef
30 Vesey Street, Third Floor
New York, New York 10007
212-581-0990
Attorney for Plaintiff

Littler Mendelson PC
By: Eric D. Witkin
900 Third Avenue, 20th Floor
New York, New York 10022
212-497-8487
Attorneys for Defendants

So Ordered:

SIDNEY H. STEIN, U.S.D.J.

Dated: 8/19/08